UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RACHEL KAY, and                              :
JOHN KAY and SUSAN KAY, *H/W*,               :
    Plaintiffs,                              :
                                             :
    v.                                       :    No. 5:26-cv-0009
                                             :
OFFICER KEVIN GODFREY,                       :
CHIEF CHRISTOPHER ENGELHART,                 :
JOHN/JANE DOES #1-5, HILLTOWN                :
TOWNSHIP, COLIN WAHLERS, and                 :
JOHN WAHLERS and                             :
WENDY WAHLERS, *H/W*                         :
    Defendants.                              :

**O R D E R**

**AND NOW**, this 7th day of April, 2026, upon consideration of the Plaintiffs' Complaint, filed January 28, 2026, *see* ECF No. 1; the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed February 11, 2026, by Defendants Officer Kevin Godfrey, Chief Christopher Engelhart, and Hilltown Township (hereinafter, the "Hilltown Defendants"), *see* ECF No. 13; Plaintiffs' Response to the Motion to Dismiss, filed February 25, 2026, *see* ECF No. 18; the Hilltown Defendants' Reply thereto, filed March 2, 2026, *see* ECF No. 23; and Plaintiffs' Sur-Reply thereto, filed March 10, 2026, *see* ECF No. 26; it is **ORDERED** that:

1.    The Motion to Dismiss, ECF No. 13, is **GRANTED in part**, as follows:

    a.    **Count II** (Unlawful Seizure) and **Count III** (Excessive Force) of the Complaint are **DISMISSED with prejudice**, for failure to state a claim.

    b.    **Count I** (Civil Rights / State-Created Danger), **Count IV** (Failure to Train or Supervise), and **Count V** (Supervisory Liability) are **DISMISSED without prejudice**, for failure to state a claim.

1
040726

2.    **Within twenty (20) days of the date of this Order**, Plaintiffs may file an amended complaint.

3.    If Plaintiffs fail to timely file an amended complaint, the federal claims may be dismissed with prejudice for failure to prosecute, and the state claims dismissed for lack of supplemental jurisdiction.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

2
040726