**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RACHEL KAY; and<br>JOHN and SUSAN KAY, *H/W*;<br>Plaintiffs,<br><br>v.<br><br>OFFICER KEVIN GODFREY;<br>CHIEF CHRISTOPHER ENGELHART;<br>HILLTOWN TOWNSHIP;<br>COLIN WAHLERS; and<br>JOHN and WENDY WAHLERS, *H/W*;<br>Defendants. | : | No. 5:26-cv-0009 |

**O R D E R**

**AND NOW**, this 3rd day of August, 2026, for the reasons discussed in the Opinion issued this date; it is hereby **ORDERED** that:

1. The Motion to Dismiss the Amended Complaint filed by Defendants Officer Kevin Godfrey, Chief Christopher Engelhart and Hilltown Township, ECF Nos. 39 and 41,[1] is **GRANTED.**

   a. **Count I** (Civil Rights / State-Created Danger), **Count II** (Supervisory Liability / Policymaker Liability) and **Count III** (Failure To Train) of the Amended Complaint are **DISMISSED with prejudice**, for failure to state a claim.

[1] The Motion to Dismiss the Amended Complaint, filed by Defendants Officer Kevin Godfrey, Chief Christopher Engelhart and Hilltown Township, appears in the docket at ECF No. 39 and ECF No. 41, because ECF No. 39 is the redacted version of the Motion and ECF No. 41 is the unredacted version filed under seal. This Order resolves both docket numbers, as they pertain to the same motion.

b. This Court declines to exercise supplemental jurisdiction over the remaining state law claims and they are **DISMISSED** without prejudice to an action to be filed in state court.[2]

2. The Clerk of Court is directed to **SEAL** the Opinion issued this date, only.[3]

3. The Motion to Dismiss the Amended Complaint filed by Defendants John and Wendy Wahlers, ECF No. 40, is **DISMISSED as moot**.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*______________
JOSEPH F. LEESON, JR.
United States District Judge

---

[2] "The period of limitations for any claim asserted under subsection (a) . . . shall be tolled while the claim is pending and for a period of 30 days after it is dismissed unless State law provides for a longer tolling period." 28 U.S.C. § 1367(d).

This Court's declination to exercise supplemental jurisdiction over the state law claims, and dismissal of said claims without prejudice to potential reassertion in state court, also applies to any crossclaims brought by Defendant Colin Wahlers against Defendants Officer Kevin Godfrey, Chief Christopher Engelhart and Hilltown Township (collectively, the "Hilltown Defendants") for contribution and/or indemnification.

[3] The Opinion issued this date references parts of pleadings which were filed under seal after the parties were granted leave of Court to do so. The Clerk of Court is directed to file the Opinion issued this date under seal, but this Order shall not be filed under seal.